# EXHIBIT A

# EXHIBIT A

MICHAEL K. JEANES, CLERK
BY D Stephens DEP
FILED
10 SEP -9 PM 4: 21

NAME: Jay Boersma
ADDRESS: PO Box 20167
CITY, STATE, ZIP: Fountain Hills AZ 85269

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Jay Boersma
_____
PLAINTIFF,

vs.

M+I Marshall +
Ilsley Bank
DEFENDANT.

NO. CV2010-053113

**CERTIFICATE OF COMPULSORY ARBITRATION**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does / does not** exceed limits set by Local Rule for compulsory arbitration. This case **is / is not** subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 9th day of Sept, 2010.

BY Jay Boersma

CCA

Form #200 LRD 3/20/01 ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County